UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCEL E. CHAPMAN,

    Plaintiff,

v.

DOUG RICHARDSON, et al.,

    Defendants.

Case No. 22-cv-01446-HSG

**ORDER DENYING ENTRY OF DEFAULT**

Re: Dkt. No. 11

Plaintiff, an inmate at Maple Street Correctional Facility, has filed a *pro se* action pursuant to 42 U.S.C. § 1983. Now pending before the Court is Plaintiff's request that the Court enter default against Defendants for failing to answer or defend the complaint. Dkt. No. 11. Plaintiff's request is DENIED. Defendants have not yet been served. On May 19, 2022, the Clerk issued summons to the defendants and provided them to the United States Marshals Service to serve. Dkt. No. 10. The United States Marshals Service has not yet served these defendants. Until Defendants are served, they have no obligation to answer or defend against the complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). Plaintiff's request that the Clerk enter default against Defendants is DENIED.

This order terminates Dkt. No. 11.

**IT IS SO ORDERED.**

Dated: 7/25/2022

_Haywood S. Gilliam_
HAYWOOD S. GILLIAM, JR.
United States District Judge