UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL E. CHAPMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUG RICHARDSON, et al.,<br><br>    Defendants. | Case No. 22-cv-01446-HSG<br><br>**JUDGMENT** |

The Court has granted Defendants' motion for summary judgment. The Clerk is directed to enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/13/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge